**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              NO. 4:14CR00143-02 JLH

PAULA SPENCE                                                                                   DEFENDANT

**ORDER**

On July 18, 2014, defendant Paula Spence appeared in person with her retained attorney, Mr. David R. Cannon, before United States Magistrate Judge J. Thomas Ray for plea and arraignment in this matter. Mr. Cannon subsequently filed a motion to be relieved as counsel of record on August 12, 2014, citing a conflict. Document #32. Spence filed a CJA financial affidavit on September 3, 2014. The Court has reviewed the financial affidavit and determined the defendant qualifies for the appointment of counsel.

IT IS THEREFORE ORDERED that David Cannon's motion to be relieved as counsel of record is hereby GRANTED. Document #32. CJA Panel Attorney Arkie Byrd is appointed to represent defendant Paula Spence in all further proceedings.

IT IS SO ORDERED this 4th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE