# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                NO. 4:14CR00143-02 JLH

PAULA SPENCE                                                                DEFENDANT

## ORDER

On September 4, 2014, the Court appointed CJA Panel Attorney Arkie Byrd to represent defendant Paula Spence in the above styled matter. Attorney Jeff Rosenzweig filed a motion for entry of appearance as retained counsel on September 30, 2014. Document #39. The motion is granted.

IT IS HEREBY ORDERED that Jeff Rosenzweig is hereby substituted as retained counsel of record for defendant Paula Spence, and panel attorney Arkie Byrd is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 1st day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE