# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:14CR00143-2 JLH

PAULA SPENCE

## ORDER

On June 23, 2014, the Court entered an Order Setting Conditions of Release. *Doc. 23*. Defendant was placed in inpatient drug treatment, to be followed with chemical-free living.

On September 30, 2104, Defendant filed a Motion requesting a modification of her conditions. *Doc. 41*. She states that on August 19, 2014, she successfully completed inpatient drug treatment at Freedom House in Russellville, and began its chem-free living program. She also states that she "has been informed that the government will cease paying on October 3, 2014."[1] *Doc. 41 at ¶1*. She has a job working in Conway, and she requests permission to move to her own residence in Conway, and to continue with outpatient drug treatment. The Government opposes her request. *Doc. 46*.

---

[1] Defendant's PTSO informed the Court that Defendant is paying for her lodging at chem-free living, but the Government continues to pay for the cost of her drug treatment.

Defendant has a lengthy and substantial problem with methamphetamine addiction. When the Court imposed conditions, it noted that it would entertain a modification of her conditions only after a "lengthy period" of "months" of chem-free living. At this juncture, less than two months into chem-free living, her request to leave is premature and will be denied.

IT IS THEREFORE ORDERED that Defendant's Motion for Release From Residence Requirement of Drug Rehabilitation (*doc. 41*) is DENIED.

DATED this 6th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE