# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:14CR00143-2 JLH

PAULA SPENCE

## ORDER

On June 23, 2014, the Court placed Defendant in inpatient drug treatment, to be followed with chemical-free living. *Doc. 23*. Defendant successfully completed inpatient drug treatment on August 19, 2014, and is currently enrolled in the chem-free living program at Recovery Centers of Arkansas in Little Rock. She has had one positive test for the admitted use of alcohol, on September 1, 2014.

Defendant has a lengthy and substantial history of methamphetamine addiction. When the Court imposed conditions, it noted that it would entertain a modification of her conditions only after a "lengthy period" of "months" of chem-free living. On October 6, 2014, the Court denied Defendant's first request to be released from chem-free living. *Doc. 47*.

She has filed a second Motion requesting "to be released from the residential requirement [of drug treatment]." *Doc. 75*. In her Motion, she does not propose a specific residence or plan in the event she is released from chem-free living. The

Government objects: "The defendant's supervising officer has informed me that she believes the defendant still needs to be residing in a setting that provides the structure and supervision inherent in chemical-free living, especially in light of the looming trial date (March 2, 2015)." *Doc. 77*.

Defendant's Motion will be denied at this time. In the event that Defendant comes forward with a release plan that is approved by her PTSO, the Court will reconsider the question of release from chem-free living.

IT IS THEREFORE ORDERED that Defendant's Second Motion for Release From Residence Requirement of Drug Rehabilitation (*doc. 75*) is DENIED.

DATED this 16th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE