# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**VS.**          **NO. 4:14CR-00143-JLH-02**

**PAULA SPENCE**             **DEFENDANT**

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #85) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Paula Spence for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on April 28th, 2015, at 10:30 a.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 22nd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE